1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net

6  ATTORNEY FOR DEFENDANT
   SUSAN HAUSER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-293-JAM |
| PLAINTIFF, ) | STIPULATION AND ORDER TO VACATE THE SENTENCING DATE AND SET A MOTION SCHEDULE |
| v. ) | |
| SUSAN HAUSER, ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Ellen Endrizzi and defendant SUSAN HAUSER by her attorney, Mr. James R. Greiner, hereby stipulate and agree that the judgment and sentencing date calendared for **Tuesday, August 25, 2009, at 9:30 a.m.** before the Honorable United States District Court Judge, John A. Mendez, may be vacated from and taken off the Court's calendar.

The parties, plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Ellen Endrizzi and defendant SUSAN HAUSER by her attorney, Mr. James R. Greiner, hereby stipulate and agree that a motion schedule can be set by the Court as follows:

Defense to file motions on or before September 1, 2009,

1

1 | Government to file its opposition on or before Tuesday, September 8, 2009,
2 | Defense to file any reply on or before Tuesday, September 15, 2009.
3 | Non Evidentiary hearing on Tuesday, September 22, 2009, at 9:30 a.m..
4 | The Court's courtroom deputy, has been contacted to ensure the above dates
5 | were clear and that the Court's calendar was available for the hearing date and the
6 | Court is available on Tuesday, September 22, 2009.
7 | The defendant is out of custody on pre-trial conditions. There is no need to
8 | exclude time since the defendant has pled guilty.

Respectfully submitted,

LAWRENCE G. BROIWN
ACTING UNITED STATES ATTORNEY

/s/ Ellen Endrizzi by e mail  authorization

DATED: 8-20-09
_____
ELLEN ENDRIZZI
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF


DATED: 8-20-09         /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
SUSAN HAUSER

2

# ORDER

This matter having come before me pursuant to the Stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED THAT:

1-The judgment and sentencing hearing now set for Tuesday, August 25, 2009, at 9:30 a.m., is vacated and taken off calendar;

2- That the following motion and hearing schedule is adopted by the Court:

Defense to file motions on or before September 1, 2009,

Government to file its opposition on or before Tuesday, September 8, 2009,

Defense to file any reply on or before Tuesday, September 15, 2009,

Non-Evidentiary hearing on Tuesday, September 22, 2009, at 9:30 a.m..

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 21, 2009.


/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

3