1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E mail: jaygreiner@midtown.net
5

6 ATTORNEY FOR DEFENDANT
SUSAN HAUSER
7

8
IN THE UNITED STATES DISTRICT COURT FOR THE
9
EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )   CR.-S-08-293-JAM
                                   )
12     PLAINTIFF,                   )   STIPULATION AND
                                   )   ORDER TO VACATE THE
13     v.                           )   DATE OF TUESDAY,
                                   )   SEPTEMBER 22, 2009
14 SUSAN HAUSER,                    )
                                   )
15     DEFENDANT.                   )
   _____)
16

17      Plaintiff United States of America, by its counsel, Assistant United States

18 Attorney, Ms. Ellen Endrizzi and defendant SUSAN HAUSER by her attorney,

19 Mr. James R. Greiner, hereby stipulate and agree that the hearing date calendared for

20 **Tuesday, September 22, 2009, at 9:30 a.m.** before the Honorable United States

21 District Court Judge, John A. Mendez, may be vacated from the Court's calendar.

22                          Respectfully submitted,

23                          LAWRENCE G . BROWN
                            ACTING UNITED STATES ATTORNEY
24
                            /s/ Ellen Endrizzi by e mail  authorization
25 DATED: 9-01-09
                            _____
26                          ELLEN ENDRIZZI
                            ASSISTANT UNITED STATES ATTORNEYS
27                          ATTORNEYS FOR THE PLAINTIFF

28
                                    1

DATED: 9-01-09        /s/ James R. Greiner

James R. Greiner
Attorney for Defendant
SUSAN HAUSER

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 1, 2009.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

2